Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletree.com
Elody C. Tignor
Nevada Bar No. 15663
elody.tignor@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Starpoint Resort Group, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NEDRA WILSON,<br><br>   Plaintiff,<br><br>vs.<br><br>STARPOINT RESORT GROUP, INC., a Nevada corporation,<br><br>   Defendants. | Case No.: 2:23-CV-00915-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

   Pursuant to LR IA 6-1 and LR IA 6-2, Plaintiff Nedra Wilson ("Plaintiff") and Defendant Starpoint Resort Group, Inc. ("Defendant") (collectively "the Parties"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1).  Defendant's response to Plaintiff's Complaint is currently due August 28, 2023.  The Parties request a fourteen (14) day extension of time up to and including **Monday, September 11, 2023** in which to respond as the Parties remain actively engaged in resolution discussions and require additional time to continue these discussions.  This is the Parties' second request for an extension of time.

/ / /

/ / /

/ / /

1  This Stipulation is made in good faith and is not intended for purposes of delay.

2  Dated this 24th day of August, 2023.                    Dated this 24th day of August, 2023.

3  LAW OFFICES OF ROBERT P. SPRETNAK              OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Robert P. Spretnak                                             /s/ Elody C. Tignor
Robert P. Spretnak, Esq.                                        Anthony L. Martin
Nevada Bar No. 5135                                             Nevada Bar No. 8177
8275 S. Eastern Avenue, Suite 200                          Elody C. Tignor
Las Vegas, Nevada 89123                                       Nevada Bar No. 15663
                                                                              10801 W. Charleston Blvd.
*Attorney for Plaintiff*                                          Suite 500
                                                                              Las Vegas, NV  89135

*Attorneys for Defendant Starpoint Resort Group, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

August 24, 2023
_____
DATED