Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletree.com
Elody C. Tignor
Nevada Bar No. 15663
elody.tignor@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Starpoint Resort Group, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| NEDRA WILSON,<br><br>          Plaintiff,<br><br>vs.<br><br>STARPOINT RESORT GROUP, INC., a Nevada corporation,<br><br>          Defendants. | Case No.: 2:23-cv-00915-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(THIRD REQUEST)** |

Pursuant to LR IA 6-1 and LR IA 6-2, Plaintiff Nedra Wilson ("Plaintiff") and Defendant Starpoint Resort Group, Inc. ("Defendant") (collectively "the Parties"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1). Defendant's response to Plaintiff's Complaint is currently due September 11, 2023. The Parties request a seven (7) day extension of time up to and including **Monday, September 18, 2023** in which to respond as the Parties remain actively engaged in resolution discussions and require additional time to continue these discussions. This is the Parties' third request for an extension of time.

/ / /

/ / /

/ / /

This Stipulation is made in good faith and is not intended for purposes of delay.

Dated this 11th day of September, 2023.

LAW OFFICES OF ROBERT P. SPRETNAK

/s/ Robert P. Spretnak
Robert P. Spretnak, Esq.
Nevada Bar No. 5135
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

*Attorney for Plaintiff*

IT IS SO ORDERED.

Dated this 11th day of September, 2023.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Anthony L. Martin
Anthony L. Martin
Nevada Bar No. 8177
Elody C. Tignor
Nevada Bar No. 15663
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135

*Attorneys for Defendant Starpoint Resort Group, Inc.*

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

September 12, 2023
_____
DATED